IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| BRYAN HARRELL,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, CITIZENS BANK, N.A., USAA FEDERAL SAVINGS ABNK, LVNV FUNDING, LLC,<br><br>Defendants. | Case No. 2:24-cv-00000428-JKW-LRL |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, BRYAN HARRELL ("Plaintiff") and Defendant, LVNV FUNDING, LLC ("LVNV") *only,* and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against LVNV, in the above styled action, with Plaintiff and LVNV to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 21st day of November, 2024.

DATED: November 21, 2024

By: */s/ Craig C. Marchiando*
**Craig C. Marchiando**
Consumer Litigation Associates, PC
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: craig@clalegal.com

*Counsel for Plaintiff*

By*: /s/ Bryan J. Healy*
Bryan J. Healy
Gordon Rees Scully Mansukhani, LLP
277 S. Washington Street, Suite 550
Alexandria, VA. 22314
220-399-1009
Email: bhealy@grsm.com
*Counsel for Defendant, LVNV Funding, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2024, I presented the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Drew D. Sarrett
Drew D. Sarrett

*Counsel for Plaintiff*