IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **BRYAN HARRELL,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, CITIZENS BANK, N.A., USAA FEDERAL SAVINGS BANK,**<br><br>    **Defendants.** | Civil Action No. 2:24-cv-00428 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Bryan Harrell ("Plaintiff") and Defendant Citizens Bank, N.A. ("Citizens Bank"), by and through their respective counsel, hereby notify the Court that Plaintiff has reached a settlement that resolves his claims against Defendant Citizens Bank.

Plaintiff is diligently working with Citizens Bank to finalize their settlement documents. Pending execution of those documents, Plaintiff and Citizens Bank shall timely file the proper form of dismissal.

                       **BRYAN HARRELL**

                       By: */s/ Leonard A. Bennett*
                       Leonard A. Bennett, VSB #37523
                       Craig C. Marchiando, VSB # 89736
                       Mark C. Leffler, VSB # 40712
                       Adam W. Short, VSB # 98844
                       CONSUMER LITIGATION
                       ASSOCIATES, P.C.
                       763 J. Clyde Morris Boulevard
                       Suite 1-A
                       Newport News, VA 23601

        Telephone:  757-930-3660
        Fax: 757-930-3662
        Email: lenbennett@clalegal.com
        Email: craig@clalegal.com
        Email: mark@clalegal.com
        Email: adam@clalegal.com

*Counsel for Plaintiff Bryan Harrell*


By: \_\_/s/ John M. Sizemore_____
Justin M. Sizemore, VSB #71859
Holland & Knight LLP
200 S. 10th Street, Suite 1000
Richmond, VA 23219
Telephone: 804-799-6592
Fax: 804-500-5353
Email: justin.sizemore@hklaw.com

*Counsel for Defendant Citizens Bank, N.A.*