IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **BRYAN HARRELL,** | |
| **Plaintiff,** | |
| v. | Civil Action No. 2:24-cv-00428 |
| **EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, CITIZENS BANK, N.A., USAA FEDERAL SAVINGS BANK,** | |
| **Defendants.** | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Bryan Harrell ("Plaintiff") and Trans Union, LLC ("Trans Union"), by and through their respective counsel, hereby notify the Court that Plaintiff has reached a settlement that resolves his claims against Defendant Trans Union.

Plaintiff is diligently working with Trans Union to finalize their settlement documents. Pending execution of those documents, Plaintiff and Trans Union Bank shall timely file the proper form of dismissal.

                                                                       **BRYAN HARRELL**

                                                                       By: */s/ Leonard A. Bennett*
                                                                       Leonard A. Bennett, VSB #37523
                                                                       Craig C. Marchiando, VSB # 89736
                                                                        Mark C. Leffler, VSB # 40712
                                                                        Adam W. Short, VSB # 98844
                                                                        CONSUMER LITIGATION
                                                                        ASSOCIATES, P.C.
                                                                        763 J. Clyde Morris Boulevard
                                                                        Suite 1-A
                                                                        Newport News, VA 23601

Telephone:  757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: mark@clalegal.com
Email: adam@clalegal.com

*Counsel for Plaintiff Bryan Harrell*


By: __/s/ Marc Kirkland__
Marc Kirkland
**Quilling, Selander, Lownds, Winslett & Moser, P.C.,**
6900 N. Dallas Parkway
Suite 800
Plano, TX 75024
E-mail: mkirkland@qslwm.com

*Counsel for Defendant Trans Union, LLC*

2