IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **BRYAN HARRELL,** <br><br>          **Plaintiff,** <br><br> v. <br><br> **EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, CITIZENS BANK, N.A., USAA FEDERAL SAVINGS BANK,** <br><br>          **Defendants.** | **Civil Action No. 2:24-cv-00428** |

## NOTICE OF SETTLEMENT

Plaintiff BRYAN HARRELL ("Mr. Harrell"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Mr. Harrell and EQUIFAX INFORMATION SERVICES, LLC *only*. Mr. Harrell and EQUIFAX INFORMATION SERVICES, LLC *only* are in the process of completing the final settlement documents. Pending execution of these settlement documents, Mr. Harrell and EQUIFAX INFORMATION SERVICES, LLC *only* shall timely file the proper form of dismissal with the Court.

Dated: January 6, 2025

                                                   Respectfully submitted,

                                                   **BRYAN HARRELL**

                                                   */s/ Leonard A. Bennett* <br>
                                                   Leonard A. Bennett, VSB #37523 <br>
                                                   CONSUMER LITIGATION ASSOCIATES, P.C. <br>
                                                   763 J Clyde Morris Boulevard, Suite 1A <br>
                                                   Newport News, VA 23601 <br>
                                                   (757) 930-3660 (telephone) <br>
                                                   (757) 930-3662 (facsimile) <br>
                                                   Email: lenbennettt@clalegal.com <br>
                                                   *Counsel for Plaintiff*