IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| BRYAN HARRELL,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC., *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-428 |

## ORDER

The parties have reported to the Court that this matter is settled as to Defendants Citizens Bank, N.A. and Trans Union, LLC only. ECF Nos. 54 (Citizens Bank), 55 (Trans Union). The Court notified the parties that the matter would be dismissed with prejudice as to both defendants if they did not file a stipulation of dismissal by January 13, 2025. The parties did not file a stipulation of dismissal.

Therefore, it is **ORDERED** that the claims against Citizens Bank, N.A. and Trans Union, LLC are **DISMISSED WITH PREJUDICE**. The Court **RETAINS** jurisdiction to resolve any dispute that may arise from the parties' settlement.

The Clerk is **DIRECTED** to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

                                                /s/
                                    Jamar K. Walker
                                    United States District Judge

Norfolk, Virginia
January 21, 2025