# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| BRYAN HARRELL, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-428 |

## ORDER

The parties notified the Court that they settled the claims against Defendants Equifax Information Services, LLC and Experian Information Solutions, Inc. ECF Nos. 57–58. The Court notified the parties that it would dismiss Equifax with prejudice if the parties did not file a stipulation of dismissal by January 17, 2025, and that it would dismiss Experian with prejudice if the parties did not file a stipulation of dismissal by January 21, 2025. The parties did not file a stipulation of dismissal as to either defendant.

Therefore, it is **ORDERED** that the claims against Defendants Equifax Information Services, LLC and Experian Information Solutions, Inc. are **DISMISSED WITH PREJUDICE.** The Court **RETAINS** jurisdiction to resolve any dispute that may arise from the parties' settlement.

**IT IS SO ORDERED.**

/s/  
Norfolk, Virginia  
January 23, 2025

Jamar K. Walker  
United States District Judge