IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

BRYAN HARRELL,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, CITIZENS BANK, N.A., USAA FEDERAL SAVINGS BANK,

    Defendants.

Civil Action No. 2:24-cv-00428

## NOTICE OF SETTLEMENT

Plaintiff BRYAN HARRELL ("Mr. Harrell"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Mr. Harrell and USAA FEDERAL SAVINGS BANK. *only*. Mr. Harrell and USAA FEDERAL SAVINGS BANK *only* are in the process of completing the final settlement documents. Pending execution of these settlement documents, Mr. Harrell and USAA FEDERAL SAVINGS BANK *only* shall timely file the proper form of dismissal with the Court.

Dated: January 29, 2025

    Respectfully submitted,

    **BRYAN HARRELL**

    */s/ Leonard A. Bennett*
    Leonard A. Bennett, VSB #37523
    CONSUMER LITIGATION ASSOCIATES, P.C.
    763 J Clyde Morris Boulevard, Suite 1A
    Newport News, VA 23601
    (757) 930-3660 (telephone)
    (757) 930-3662 (facsimile)
    Email: lenbennettt@clalegal.com
    *Counsel for Plaintiff*